466 A.2d 1348

Kathleen JONES, Appellant,

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1983.

Decided Nov. 7, 1983.

Andrew F. Erba, Philadelphia, for appellant.

Robert L. Cole, Jr., Michael Alsher, Harrisburg, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.